**Adrian ROSALES, Petitioner–
Appellant,**

v.

**BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT,
Respondent–Appellee.**

No. 04–10630.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 21, 2004.

Adrian Rosales, Beaumont, TX, pro se.

Mattie Nell Peterson Compton, Fort Worth, TX, for Respondent–Appellee.

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

Adrian Rosales, Texas prisoner # 1015463, appeals from the district court's dismissal of his 28 U.S.C. § 2241 petition in which sued the Bureau of Immigration and Customs Enforcement to attack his 2002 removal order. The district court held that it lacked jurisdiction over the petition because Rosales, who is currently serving a 65–year state sentence for aggravated kidnaping, is not is not in custody on any immigration charge.

Rosales has not demonstrated error in the district court's determination that he failed to meet the "in custody" requirement for purposes of 28 U.S.C. § 2241 jurisdiction. *See Zolicoffer v. United States Dep't of Justice,* 315 F.3d 538, 540 (5th Cir.2003); *United States ex rel. Marcello v. Dist. Director, INS,* 634 F.2d 964, 970 (5th Cir.1981).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.